UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dana Escoffier,

                Plaintiff,

-against-

Whole Foods Market Group, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2023

1:22-cv-06588 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties today, it is hereby ORDERED, as follows:

1. Defendant shall mail the "Confidentiality Stipulation and Proposed Protective Order" to Plaintiff no later than Friday, January 13, 2023. Defendant shall include a self-addressed stamped envelope.

2. Plaintiff shall sign and return the "Confidentiality Stipulation and Proposed Protective Order" to Defendant no later than Friday, January 27, 2023.

3. The parties shall file a joint letter regarding the status of discovery on Tuesday, February 28, 2023.

SO ORDERED.

Dated:     New York, New York
           January 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge