UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dana Escoffier,

Plaintiff,

-against-

Whole Foods Market Group, Inc.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2023

1:22-cv-06588 (PAE) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:

The parties are directed to appear for a telephone conference on Thursday, March 9, 2023, at 2:30 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:       New York, New York
             March 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge