UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2023
```

Dana Escoffier,

            Plaintiff,

-against-

Whole Foods Market Group, Inc.,

            Defendant.

1:22-cv-06588 (PAE) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The previously scheduled telephone conference on Thursday, March 9, 2023, at 2:30 p.m. EST (ECF No. 19) is adjourned. The parties are directed to appear for a telephone conference on Monday, March 13, 2023, at 10:00 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
            March 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge