```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dana Escoffier,

                Plaintiff,

-against-

Whole Foods Market Group, Inc.,

                Defendant.

1:22-cv-06588 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    No later than Thursday, May 25, 2023, Defendant shall file any supplement to Plaintiff's status letter that Defendant wishes to file. (*See* 5/23/23 Ltr., ECF No. 27.) On Friday, June 23, 2023, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:    New York, New York
            May 24, 2023

_____
STEWART D. AARON
United States Magistrate Judge