```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dana Escoffier,

                Plaintiff,

-against-

Whole Foods Market Group, Inc.,

                Defendant.

1:22-cv-06588 (AS) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        The parties are directed to appear for a telephone conference on Monday, August 14, 2023, at 2:00 p.m. EST to address the matters set forth in ECF Nos. 35, 37 and 38. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
              August 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge