```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dana Escoffier,

                Plaintiff,

-against-

Whole Foods Market Group, Inc.,

                Defendant.

1:22-cv-06588 (AS) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The telephone conference previously scheduled for Monday, August 14, 2023, is adjourned until Monday, August 21, 2023, at 2:00 p.m. EST. During the adjourned conference, the Court also will address Defendant's request for a "so ordered" deposition subpoena (see ECF No. 40), and will inquire of defense counsel how the issuance of such subpoena will affect his ability to effect service of any such subpoena.

At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
             August 9, 2023

_____
STEWART D. AARON
United States Magistrate Judge