USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dana Escoffier,

            Plaintiff,

-against-

Whole Foods Market Group, Inc.,

            Defendant.

1:22-cv-06588 (AS) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that, no later than Friday, December 29, 2023, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to participate in a settlement conference and/or if either side intends to file a dispositive motion.

**SO ORDERED.**

Dated:    New York, New York
          November 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge