# FISHMAN MCINTYRE LEVINE SAMANSKY P.C.

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
CASSANDRA A. WILLOCK*
SCOTT A. GROSSMAN <
PETER J. MURANO, III*
KEVIN J. DONNELLY *
ANN MARIE F. KANE*
MARK N. KEDDIS*
CAROLINE PAPADATOS <

NEW YORK OFFICE
521 FIFTH AVENUE, 17th FL.
NEW YORK, NY 10175
Tel (212) 461-7190
Fax (973) 560-0060
*(Mail and Overnight Deliveries to New Jersey office)*

120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Telephone (973) 560-9000
Fax (973) 560-0060

> NJ BAR
< NY BAR
⊥ NJ, NY & CT BARS
**NJ & DC BARS
* NJ & NY BARS

+ Certified by the Supreme Court of NJ as a Civil Trial Attorney

www.fishmanmcintyre.com

December 28, 2023

<u>Via ECF</u>
Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: <u>Escoffier v. Whole Foods Market Group, Inc.</u>
    Case No.: 1:22-cv-06588 (AS)(SDA)
    Our File No.: WH-109

Dear Judge Aaron,

  This office represents defendant, Whole Foods Market Group, Inc. ("Whole Foods"), in the above captioned matter. Please accept this correspondence, pursuant to Your Honor's Order of November 8, 2023 (DE #58), as the parties' joint letter regarding the proposed next steps in this action. In this regard, the undersigned has spoken by telephone with *pro se* plaintiff, Dana Escoffier, on December 27, 2023. Plaintiff has conveyed his agreement with the contents of this status letter.

  Whole Foods is presently disinclined to participate in a settlement conference in this matter. Whole Foods intends to file a dispositive motion. If the same meets with the approval of the Court, the parties propose the following briefing schedule: memorandum of law in support to be filed by January 30, 2024; memorandum of law in opposition to be filed by February 29, 2024; and memorandum of law in reply to be filed by March 14, 2024.

  Kindly advise the parties if any additional information may be required by the Court at this juncture. Thank you for Your Honor's attention and continued courtesies in this regard.

           Respectfully submitted,

           Peter J. Murano, Esq.
           peter@fishmanmcintyre.com

cc: Dana Escoffier, plaintiff *pro se* (via ECF)