UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Civil Action
DANA ESCOFFIER,

                Plaintiff,        Case No.: **1:22-cv-06588**
                                                      **(AS)(SDA)**

    -against-

WHOLE FOODS MARKET GROUP**,** Inc.



                Defendant.
---------------------------------------------------------X


## AMENDED
## APPLICATION FOR AN EXTENSION OF TIME

   The plaintiff, in the above styled action, respectfully makes a request of this Court to grant an EXTENSION OF TIME for plaintiff to file plaintiff's OPPOSITION to the SUMMARY JUDGMENT (Doc.#63 and #66) filed with the Court by defendant Whole Foods Market Group, Inc. by counsel on January 30, 2024.

   Plaintiff has contacted defendant's counsel, Fishman, McIntyre, Levine & Samansky, P.C., which represents Whole Foods Market Group, Inc. Plaintiff spoke with Peter Murano, Esq. on February 15, 2024 regarding this extension of time in order for plaintiff to file an Opposition to defendant's Summary Judgment. Mr.

Murano, of counsel for the defendant, does not oppose the plaintiff's application for an extension of time in this action.

Defendant filed its Motion for Summary Judgment with the Court on January 30, 2024. Plaintiff, having thirty days from January 30th to file Opposition, is respectfully requesting the Court for an extension of time to March 21, 2024 to file its Opposition in this action.

Plaintiff thanks the Court in advance for its consideration.

Dated: Mobile, Alabama
February 15, 2024

Respectfully submitted,

Dana Escoffier, Pro Se
523 Hudson Street #4FS
New York, NY 10014
(251) 478-3861
danaescossier@peoplepc.com

To: peter@fishmanmcintyre.com
Fishman McIntyre Levine Samansky, P.C.

---

The request is granted. The opposition is due March 21. The Clerk of Court is directed to close Dkts. 69 and 70.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 23, 2024