UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA ESCOFFIER,<br><br>         Plaintiff,<br><br>  -against-<br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br>         Defendant. | 22-cv-6588 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On March 29, 2024, Defendant filed a reply brief in support of its motion for summary judgment. Dkt. 72. It also filed a counter-statement of facts. Dkt. 73. Yet Plaintiff's opposition brief has not yet been docketed. If Defendant has received Plaintiff's brief, statement of facts, and any other materials, it shall post those materials to the docket as soon as possible.

  SO ORDERED.

Dated: April 2, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge