**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DANA ESCOFFIER,

                Plaintiff,

-against-                                     22 **CIVIL** 6588 (AS)

                                                    **JUDGMENT**

WHOLE FOODS MARKET GROUP, INC.,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 13, 2024, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      June 13, 2024

                                                    **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                              **BY:**            *K. Mango*

                                                     **Deputy Clerk**