# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Dana Escoffier
_____
Plaintiff
(List the full name(s) of the plaintiff(s)/petitioner(s).)

22 cv 6588 (AS)

-against-

Whole Foods Market Group, Inc.
_____
Defendant
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 6/13/24 but did not file a notice of appeal within the required time period because:

Received 'Opinion and Order' June 20, 2024 when is postmarked June 17, 2024. Plaintiff returned June 20, 24 from Alabama

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: June 27, 2024

Signature: [signed]

Name (Last, First, MI): Dana Escoffier

Address: 523 Hudson St #45    City: NY    State: NY    Zip Code: 10014

Telephone Number: 717 675 3836
251 478 8561 (cell)

E-mail Address (if available): 

Rev. 3/27/15

Because the notice of appeal was timely, the Court denies the motion for an extension as moot. The Clerk of Court is directed to close Dkt. 78. SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 2, 2024